UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
**SAMUEL PRABIR, on behalf of himself and all others similarly situated,**

**Plaintiffs,**

**v.**

**Index No.: 17-cv-3704**

**BUKHARA INDIAN CUISINE, INC. d/b/a INDIGO INDIAN BISTRO, BASERA INDIAN CUISINE, INC. d/b/a BASERA RESTAURANT, ANIL KUMAR and RENU KUMAR,**

**Defendants.**
-----------------------------------------------------------------x

**DECLARATION OF SYDUR RASHID**

I, Sydur Rashid, under penalty of perjury, pursuant to 28 U.S.C. § 1746, affirm that the following is true and correct:

1. I was employed by Defendants Bukhara Indian Cuisine, Inc. d/b/a Indigo Indian Bistro ("Indigo"), Basera Indian Cuisine, Inc. d/b/a Basera Restaurant ("Basera"), Anil Kumar, and Renu Kumar (collectively, "Defendants"). I submit this declaration based on personal knowledge unless indicated otherwise.

2. On February 5, 2018, I went to Defendants restaurant called Indigo Indian Bistro, located at 357 E 50th Street, New York, NY.

3. When I arrived at Indigo, I found that the windows of the restaurant had been covered with paper and that there was a construction van parked in front of the restaurant.

4. I walked past the door of Indigo and looked inside. There were some men working inside who were repainting the walls and renovating the restaurant.

5. I spoke with one of the men who was working on the restaurant. He told me that Indigo was closed and had been closed for "a little while." He also told me that there was "another owner" who was Japanese and was doing a little renovation. He also said that there was a Japanese restaurant going in to that location.

6. On February 7, 2018, I returned to Indigo and took the pictures of the restaurant attached hereto as Exhibit A.

Dated: New York, New York
January 7, 2017

Sydur Rashid

# EXHIBIT A

Indigo
Indian Bistro
212-421-1919
357
Indigo
Indigo Bistro
357


