JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

May 17, 2018

**VIA ECF**

Honorable Alison J. Nathan
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

    **Re:**   *Prabir et al, v. Bukhara Indian Cuisine, Inc., et al.*
        **Index No. 17-cv-3704**

Dear Judge Nathan,

  We represent Plaintiffs in the above-referenced matter. We submit this letter in accordance with Rule 3.K of this Court's Individual Practices in Civil Cases and contemporaneous with Plaintiffs' request for a temporary restraining order prohibiting the transfer of any of Defendants' assets while this Court considers the Report & Recommendation ("R&R") of Magistrate Judge Pitman issued earlier this afternoon on May 17, 2017. *See* ECF No. 84 (R&R) (attached hereto as Exhibit A).

  In accordance with Rule 3.K., Plaintiffs' counsel has contacted counsel for Defendants and notified him of Plaintiffs' intention to move for a temporary restraining order. Defendants do not consent to the temporary restraining order. Counsel for both parties are available on May 21, 2018 for a conference on the temporary restraining order if the Court so requires.

  We thank the Court for its consideration of this matter.

              Respectfully submitted,

              */s/ _Lucas C. Buzzard_____*
              Lucas C. Buzzard