UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL PRABIR, on behalf of himself
and all others similarly situated,

        Plaintiff,

   v.                                    No. 17-cv-3704

BUKHARA INDIAN CUISINE, INC.
d/b/a INDIGO INDIAN BISTRO,
BASERA INDIAN CUISINE, INC. d/b/a
BASERA RESTAURANT, ANIL
KUMAR and RENU KUMAR,

        Defendants.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, by their undersigned attorneys, hereby moves the Court for an Emergency Order temporarily restraining Defendants and prohibiting the transfer of any of Defendants' assets pending this Court's final decision on Plaintiffs' motion for an order of prejudgment attachment against the property and debts owed to Defendants Basera Indian Cuisine, Inc. Bukhara Indian Cuisine, Inc., Anil Kumar, and Renu Kumar pursuant to Federal Rule of Civil Procedure 64 and the New York Civil Practice Law and Rules §§ 6210 and 6212.

Dated:  New York, New York      Respectfully submitted,
         May 17, 2018

                                          /s/ *Lucas C. Buzzard*
                                          Lucas C. Buzzard
                                          JOSEPH & KIRSCHENBAUM LLP
                                          32 Broadway, Suite 601
                                          New York, NY 10004
                                          212-688-5640
                                          212-688-2548 (fax)

                                          *Attorneys for Named Plaintiff and Opt-In Plaintiffs*

2