| | |
|---|---|
| **BASERA INDIAN CUISINE INC**<br>745 NINTH AVENUE<br>NEW YORK, NY 10019 | 3830<br>1-1367/260<br>469 |

DATE 1/31/16

PAY TO THE ORDER OF: Probir Sameul      $ 291.00

Two hundred ninety one dollars only ———————— DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _____    Renu Kumar

⑈003830⑈ ⑆026013673⑆ 792313918 7⑈

P0015