•ıll Lycamobile 4G   12:48 PM   74%

<                                         Edit

**B**

**Boss**

message    mobile    video    mail    pay

mobile RECENT
1 (347) 337-0401

FaceTime

Notes

Send Message

Share Contact

Add to Favorites

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/18

PLAINTIFF'S EXHIBIT
1

| | |
|---|---|
| **Aneesh.** <br> Yea bro | 11/16/17 > |
| **Rani.** <br> Call me when your free | 11/14/17 > |
| **Armandho. Dalyvary** <br> Call me rapido | 11/13/17 > |
| **Boss** <br> 2100 | 11/12/17 > |
| **1 (347) 244-7123** <br> My delivery boy is down stars | 11/11/17 > |
| **Michael-basera Friand** <br> My memory is gating week | 11/9/17 > |
| **Ove.afsana's Bro** <br> Over..Viber a asen.insall koren.Tk nai AMR FN a | 11/7/17 > |
| **+1 (724) 486-0379** | 11/7/17 > |

**Boss**

iMessage
Tue, Oct 10, 10:59 PM



Mon, Oct 16, 10:35 PM



Sun, Nov 12, 10:37 PM



Delivered